

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2018

No. 04-18-00741-CR

**IN RE** Jerome Walter **HUNTER**, Jr.

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Sandee Bryan Marion, Chief Justice
               Patricia O. Alvarez, Justice
               Irene Rios, Justice

On October 15, 2018, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on October 18, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2003CR0161W, 2003CR5603B and 2003CR5604B, styled *The State of Texas v. Jerome Walter Hunter, Jr.*, pending in the 144th Judicial District Court, Bexar County, Texas, the Honorable Lorina I. Rummel presiding.